AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF R I

UNITED STATES OF AMERICA
V.
Alejandro Pujoles

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:06M02A

I, Alejandro Pujoles, charged in a ☐ complaint ☐ petition pending in this District with illegal re-entry after deportation in violation of Title 8, U.S.C., 1326 (a) (b) (2), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

[signature]
*Defendant*

1-20-06
*Date*

[signature]
*Counsel for Defendant*